UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DANE C. CROSSLEY and BRENDA E. CROSSLEY, | |
| | NO. 2:09-cv-2226 FCD GGH |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| DOWNEY SAVINGS AND LOAN, F.A.; MORTGAGE TREE FUNDING, INC.; LARRY PETERSON and DOES 1-20 inclusive, | |
| Defendants. | |

----oo0oo----

This matter is before the court on plaintiffs' motion for enlargement of time to serve defendants Mortgage Tree Funding and Larry Peterson (collectively "defendants"). The complaint was filed in this case on August 11, 2009. Plaintiffs represent that numerous attempts have been made to serve defendants, but the addresses for service are no longer accurate. Plaintiffs assert

1 | that they can obtain the addresses and effectuate service in
2 | ninety (90) days.  Accordingly, good cause having been shown, the
3 | court extends that time for service for ninety (90) days from the
4 | issuance of this order.
5 |     IT IS SO ORDERED.
6 | DATED: March 15, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT