UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DANE C. CROSSLEY, and<br>BRENDA E. CROSSLEY, | NO. CIV.S-09-2226 FCD GGH |
| Plaintiffs, | |
| v. | <u>ORDER AND ORDER TO SHOW CAUSE<br>RE SANCTIONS</u> |
| DOWNEY SAVINGS AND LOAN<br>ASSOCIATION, F.A., et al., | |
| Defendants. | |

----oo0oo----

The court issued an order on March 16, 2010, extending plaintiffs an additional ninety (90) days from March 16, 2010, to effectuate service. As of today's date, plaintiffs have not filed a summons returned executed as to any of the defendants, nor has any further documentation been filed with the court. Accordingly, the court makes the following orders:

    1.  Plaintiffs' counsel, Ms. Sharon Lapin, is ordered to show cause why plaintiffs' case should not be dismissed for failure to prosecute.

1       2.   Plaintiffs' counsel shall file a response to the order
2  to show cause on or before September 10, 2010.
3       3.   A hearing on this order to show cause is set for
4  Friday, September 24, 2010 at 10:00 a.m.
5       IT IS SO ORDERED.
6  DATED: August 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE